**Irmgard GORDOS, Petitioner-Appellant,**

v.

**Rick HUNOLT and Silva Hunolt, husband and wife of Schumtz Mobile Home Transporting, Defendant-Respondent.**

**No. 51734.**

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 4, 1987.

Irmgard Gordos, pro se.

Walter D. McQuie, Jr., Montgomery City, for defendant-respondent.

### ORDER

PER CURIAM.

Plaintiff, Irmgard Gordos, appeals from a judgment in favor of defendants, Rick Hunolt and Silva Hunolt, d/b/a Schmutz Mobile Home Transporting, in plaintiff's negligence action for damages to her mobile home incurred while it was being transported by defendants. Judgment was entered after the trial court directed a verdict in favor of defendants at the close of plaintiff's case in a jury trial.

The judgment of the trial court is affirmed. Rule 84.16(b).